No. 432. WALTON, ADMINISTRATRIX, *v.* SOUTHERN PACKAGE CORP. October 23, 1944. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Mr. Chas. F. Engle* for petitioner. *Messrs. Wm. H. Watkins* and *P. H. Eager, Jr.* for respondent.

No. 521. SIMEON *v.* RAGEN, WARDEN;
No. 522. VAN PELT *v.* RAGEN, WARDEN;
No. 544. THOMAS *v.* RAGEN, WARDEN;
No. 545. SULLIVAN *v.* RAGEN, WARDEN;
No. 546. ROSS *v.* RAGEN, WARDEN;
No. 547. DIEKELMANN *v.* RAGEN, WARDEN;
No. 549. ROSE *v.* RAGEN, WARDEN;
No. 550. DEVERA *v.* RAGEN, WARDEN; and
No. 555. JACKSON *v.* ILLINOIS. October 23, 1944. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 601. DEMAUREZ *v.* SQUIER, WARDEN. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Reported below: 144 F. 2d 564.

No. 454. GIBSON *v.* GARDNER, CIRCUIT JUDGE. October 23, 1944. Petition for writ of certiorari to the District Court of the United States for the Southern District of Iowa denied for want of jurisdiction.